# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **AUSTIN LEE CAREY** | **DOCKET NUMBER:** 6:16mj00088MJS |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Austin Lee CAREY, did violate:

**Count 1:** Delivering a person or object by parachute, helicopter, or other airborne means, in violation of Title 36 Code of Federal Regulations § 2.17(a)(3)
**Maximum penalty: 6 months imprisonment and/or $5000 fine**

**Count 2:** Disorderly Conduct, creating a hazardous condition, in violation of Title 36 Code of Federal Regulations § 2.34(a)(4)
**Maximum penalty: 6 months imprisonment and/or $5000 fine**

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On September 6, 2016, at approximately 6:38 a.m., in Yosemite National Park, Rangers Alex Van Vechten and Owen Conlow were flagged down at the La Conte Memorial by a woman who stated a man had collided with a tree while parachuting in Housekeeping Camp. Rangers Van Vechten and Conlow responded to Housekeeping Camp and contacted a volunteer who showed them the location of the parachute. The volunteer explained that witnesses had seen two parachutes pass over Housekeeping Camp and that one parachute had continued toward Stoneman's Meadow but the other one had collided with a tree.

Ranger observed a large parachute on the southeastern side, near the top, of a pine tree estimated to be 150 feet tall. The tree was directly above Housekeeping Camp tent cabins G501 and G502. Ranger located a helmet, of the type typically used in BASE jumping, on top of the canvas awning of tent cabin G501 and a pair of goggles on the ground immediately behind G502. Ranger began evacuation of the tent cabins in the immediate area. The occupants of G501 approached Ranger Conlow to notify him they

| | |
|---|---|
| Speedy Trial Act Applies: **No** | U.S. v. Austin Lee Carey<br>Criminal Complaint |

were already aware of the danger and had self-evacuated. Visitors in another tent cabin within the evacuation area had to be woken and evacuated.

Rangers called out and received a response from an individual, later identified as Austin Lee CAREY, located near the top of the tree where the parachute was observed. CAREY stated he was able to climb down, but his parachute was stuck and he was not able to get it free. Rangers instructed CAREY to leave the parachute and carefully work his way down the tree. Rangers observed CAREY descend the tree over the course of approximately 45 minutes. During his descent CAREY dropped a harness, which got caught about 20 feet below him on a branch above tent cabins G501 and G502. Throughout CAREY'S climb down, debris from the tree fell on and around the tent cabins within the area evacuated by Rangers.

With the assistance of fire fighters and tree-climbing personnel, CAREY was lowered to the ground. CAREY was wearing a large backpack and harness similar to those worn by BASE jumpers.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

11/29/16
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

11/29/16
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
YOSEMITE DIVISION**
9004 Castle Cliffs Court, Yosemite, CA 95389

UNITED STATES OF AMERICA,   CONDITIONS OF RELEASE
AND
PROMISE TO APPEAR

VS.

Austin Lee Carey

**CONDITIONS**

In accordance with this Court's July 1, 2011, **"Standing Order Re: Release on Own Recognizance in Yosemite National Park"**, the following conditions of release apply to and shall be accepted and complied with by the above-named Defendant as a condition of his/her being released from custody prior to his/her initial court appearance:

1) You shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence if and when sentence is imposed.

2) You shall not commit any federal, state or local crime during the period of your release.

3) You shall immediately advise the Court, defense counsel and the Yosemite National Park Law Enforcement Office, in writing, if arrested or cited by a law enforcement officer for any offense other than a non-moving traffic violation.

4) You shall not harass, threaten, intimidate, injure, or retaliate against any witness, victim, informant, juror or officer of the court, tamper with any evidence relating to the alleged crime or obstruct any criminal investigation.

5) You shall provide the Yosemite National Park Law Enforcement Office with your correct current address and telephone number and immediately notify the court, defense counsel, and Yosemite Law Enforcement in writing of any change in your address or telephone number.

6) You shall cooperate in the collection of a DNA sample if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 USC 14135 a).

7) You shall appear before the U.S. District Court for the Eastern District of California, Yosemite Division, 9004 Castle Cliffs Court, Yosemite, California, at 0900 (AM) PM

   on 6th day, December, 2016.

8) If you fail to appear at the time, date and place set out above or otherwise fail to comply with all of these conditions, a warrant may be issued for your arrest.

## ACKNOWLEDGMENT AND AGREEMENT BY DEFENDANT

I understand and agree to the above conditions of release. I will appear at the time, date and place set forth above.

_____        9/6/16
Signature of Defendant Being Released        Date of Signature

## CERTIFICATION OF RELEASING OFFICER

I declare that the foregoing conditions of release were read by (or, if necessary, read in his/her primary language to) the Defendant being released, that said Defendant signed the Acknowledgment and Agreement, above, in my presence, and that said Defendant was given a copy of this document.

_____        09/06/2016
Signature of Releasing Officer        Date of Signature

2

# ARREST REPORT
## National Park Service
## P.O. Box 517
## Yosemite National Park, CA
## 95389

| Date | Time Arrested | | Arrest Number | Case Number |
|---|---|---|---|---|
| 09-06-2016 | 15:02:22 | | 2016-100 | 20160906-008 |

| Last Name | First | Middle | Aliases |
|---|---|---|---|
| CAREY | AUSTIN | LEE | |

| Residence Address | How Long | Occupation | Phone No. |
|---|---|---|---|
| 11508 CARROLL LAKE DR FT WAYNE, IN 46818 | 25 YRS  MOS | PERSONAL TRAINER | 2605797119 |

| Former Home Address | How Long | Employer address or school attending |
|---|---|---|
| | YRS  MOS | |

| Where Arrested | Arresting Officer | Illness or Injury at time of Booking |
|---|---|---|
| HOUSEKEEPING CAMP | CONLOW | CHRONIC NERVE PAIN |

| Place of Birth | Date of Birth | Race | Sex | Age | Ht. | Wt. | Eyes | Hair | Build | Citizenship |
|---|---|---|---|---|---|---|---|---|---|---|
| IN | 04121991 | W | M | 25 | 507 | 135 | HAZ | SDY | THIN | US |

**Scars, Mars Tattoos**

TAT RBTROMTAT L ARM  TAT L BAILDF ARM

**Military, Branches and Dates**

09/06/2016    - 09/06/2016

| Skin Color __Sallow __Lt Ruddy __Rudy __Lt Brn  Drk Brn __Blk | Glasses Yes _x_No | Previous Arrests Yes __No | Time in Park DYS: 1 | Time in State DYS: 10 | Marital Status __Married __Single __Divorced __Sep. __Wid. |
|---|---|---|---|---|---|

| Parents Name | Parents Address | Phone No. |
|---|---|---|
| MARGIE CAREY | | 2607042617 |

| Notify In case of Emergency | Emergency Address | Phone No. | Relationship |
|---|---|---|---|
| MARGIE CAREY | | 2607042617 | MOTHER |

| FBI No. | SID No. | Misc. No. | OLN (Operator Lic. No) | State | Social Sec. No. |
|---|---|---|---|---|---|
| | | | | | 403  11  5178 |

| 1. Statue Citation | | | Charge Description |
|---|---|---|---|
| 36 2.17(A)(3) 001 | US | M | ARREST FR:DEL/RETRIEVE BY AIR |

| 2. Statue Citation | | | Charge Description |
|---|---|---|---|
| 36 2.34(A)(4) 001 | US | M | ARREST FR:CREATE HAZARDOUS COND |

| 3. Statue Citation | Charge Description |
|---|---|
| | |

| 4. Statue Citation | Charge Description |
|---|---|
| | |

| 5. Statue Citation | Charge Description |
|---|---|
| | |

| 6. Statue Citation | Charge Description |
|---|---|
| | |

| 7. Statue Citation | Charge Description |
|---|---|
| | |

| 8. Statue Citation | Charge Description |
|---|---|
| | |

| Transporting Officer | Booking Officer |
|---|---|
| CONLOW | CONLOW |

| Interpreter Needed? | Lanaguage(s): |
|---|---|