AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:16MJ00088-1** |
| **AUSTIN LEE CAREY** | Defendant's Attorney: Reed Brian Grantham, Appointed |
| | *Stayed (see asterisk below) |

**THE DEFENDANT:**

[ ] pleaded guilty to count(s) ___ .
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[✓] was found guilty on count(s)  1 and 2  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.17(a)(3) | Delivering a person or object by parachute, helicopter, or other airborne means. | 9/6/2016 | 1 |
| 36 CFR § 2.34(a)(4) | Disorderly conduct, creating hazardous condition. | 9/6/2016 | 2 |

        The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[ ] Count(s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.        [ ] Appeal rights waived.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

10/19/2017
Date of Imposition of Judgment
/s/ Michael J. Seng
Signature of Judicial Officer
**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
10/20/2017
Date

*By Order of the Court this Judgement is STAYED pending Appeal to U.S. District Court Judge.

AO 245B-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **AUSTIN LEE CAREY**
CASE NUMBER: **6:16MJ00088-1**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
24 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $4,980.00 and a special assessment of $20.00 for a total financial obligation of $5,000.00, which shall be paid at the rate of at least $230.00, per month with the first installment to be paid within 30 days of the effective date of imposition of sentence, and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5. Defendant to serve 300 hours of community service with any non-profit organization at a rate of not less than 15 hours per month, with the first fifteen hours to be performed within 30 days of the effective date of imposition of sentence. Defendant is to submit proof of completion to the Court and the Government through Counsel.
6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law (other than a parking citation).
7. BASE jumping equipment used in the commission of the crime shall be forfeited to the U.S. Government.
8. Defendant is to pay a restitution in amount to be determined by stipulation or by the Court after hearing 12/5/2017 at 3:00 pm in Yosemite before Magistrate Judge Michael J. Seng.