# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                              )<br>                   *Plaintiff*,             )<br>                                                              )<br>  vs.                                                     )<br>                                                              )<br>AUSTIN CAREY,                               )<br>                                                              )<br>                   *Defendant*.        )<br>_____ ) | **NOTICE OF APPEAL**<br><br>United States Magistrate Court<br>No.     6:16-mj-00088-MJS |

Notice is hereby given that AUSTIN CAREY appeals to the United States District Court for the Eastern District of California from the:

( )  Conviction only
(X) Conviction and Sentence imposed on October 19, 2017, by United States Magistrate Judge Michael J. Seng
( )  Sentence only
(X) Order (specify):  ORDER AND JUDGMENT denying defendant's motion for acquittal pursuant to Rule 29, filed September 26, 2017

Bail Status:  Mr. Carey is out of custody.

|  |  |
|---|---|
| Dated: October 31, 2017 | /s/ Reed Grantham<br>REED GRANTHAM<br>Assistant Federal Defender<br>ADDRESS:  Office of the Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, California 93721<br>PHONE:     (559) 487-5561 |

---------------------------------------------------------------

Name of Court Reporter: ECRO
Transcript - Required:          (X) YES        ( ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)