# IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　Appellee<br><br>　　　　vs.<br><br>**AUSTIN LEE CAREY**<br>　　　　　Appellant | **NO. 1:17−CR−00252−LJO**<br><br>BRIEFING SCHEDULE<br>**See Local Rule 422** |

On **October 31, 2017** the Clerk's Office filed a Notice of Appeal from a Magistrate Judge's decision in case **6:16−mj−00088−MJS** . This appeal will proceed in the above−entitled case number.

　　Appellant is directed to immediately complete and submit the attached Transcript Designation and Ordering Form for Appeal of a Magistrate Conviction or Sentence and serve a copy on Appellee. The transcript will be ordered by the Clerk of the Court upon the receipt of the ordering form. The transcript will be filed with the Court and the Appellant will receive a copy by mail.

　　Appellant's Brief shall be served and filed within twenty−one (21) days after filing of the appropriate transcripts.

　　Appellee's brief shall be served and filed within twenty−one (21) days after the filing and service of appellant's brief.

　　Appellant may serve and file a reply brief within seven (7) court days after service of appellee's brief.

　　These dates may be altered by the assigned Judge upon application of the parties or otherwise.

　　　DATED: October 31, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ **A. Jessen**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Transcript Designation and Ordering Form
for Appeal of a Magistrate Conviction or Sentence

Magistrate Case No. **6:16–mj–00088–MJS**
US District Court Case No. **1:17–CR–00252–LJO**
Case Title **USA V. CAREY**
Date Notice of Appeal Filed   **October 31, 2017**

**Section A – To be completed by appellant**

      HEARING DATE                    TYPE OF PROCEEDING
_____
_____
_____

Date Transcript ordered _____
Name _____
Address_____
        Street          City/State          Zip

Daytime Telephone Number _____

Check if applicable
( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

**Section B – To be completed by Electronic Court Reporter**

I, _____ have received this designation.
Approximate number of pages in Transcript:_____.
Due Date: _____.

**Section C – To be completed by Electronic Court Reporter**

Date transcript filed _____
Signature _____

**Section D – CERTIFICATE OF RECORD**

US DISTRICT COURT CLERK: I certify that the record is available in the office of the US District Court.

By _____, Deputy Clerk

**INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM**
For Appeal of a Magistrate Conviction of Sentence

The Clerk's Office has filed your Notice of Appeal from a Magistrate Judge's decision in the above–entitled case. You, the Appellant, are directed to complete Section A of the Transcript Designation and Ordering Form within 10 days. Additionally, you must serve a copy of the form on opposing counsel, and a copy on the Electronic Court Reporter in care of the US District Court. The transcript will be ordered and filed by the Clerk of the Court within 30 days.