| CAED 435 (Rev. 03/15) | United States District Court, Eastern District of California | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Reed Grantham | 2. EMAIL<br>Reed_Grantham@fd.org | 3. PHONE NUMBER<br>559-487-5561 | 4. DATE<br>11/01/2017 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>2300 Tulare Street, Suite 330 | | 6. CITY<br>Fresno | 7. STATE<br>CA | 8. ZIP CODE<br>93721 |
| 9. CASE NUMBER<br>1:17-cr-00252 | 10. JUDGE<br>Seng | DATES OF PROCEEDINGS | | |
| | | 11. FROM 8/09/2017 | 12. TO 10/19/2017 | |
| 13. CASE NAME<br>United States v. Austin Lee Carey | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Yosemite | 15. STATE CA | |

16. ORDER FOR
- [ ] APPEAL No. _____
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)* Death Penalty

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Bench Trial | 8/09/2017 | O. Rosales (ECRO) |
| [ ] OPENING STATEMENTS | | | Sentencing | 10/19/2017 | O. Rosales (ECRO) |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| [ ] | | | | | |
| [ ] | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Reed Grantham | PROCESSED BY |
|---|---|
| 20. DATE<br>11/01/2017 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |