1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,               CASE NO. 1:17-CR-252 LJO

12                 Plaintiff,               DESIGNATION OF COUNSEL

13         v.

14 AUSTIN CAREY,

15                 Defendant.

16

17     Plaintiff, UNITED STATES OF AMERICA, hereby designates the following attorney as counsel

18 for service in this action:

19     MICHAEL G. TIERNEY
       Assistant United States Attorney
20     U.S. Attorney's Office
       2500 Tulare Street, Suite 4401
21     Fresno, CA 93721
       Telephone: (559) 497-4000
22     Facsimile: (559) 497-4099
       E-mail: michael.tierney@usdoj.gov
23

24                                          PHILLIP A. TALBERT
    Dated: December 1, 2017                 United States Attorney
25

26                                          By:  /s/ MICHAEL G. TIERNEY
                                                 MICHAEL G. TIERNEY
27                                               Assistant United States Attorney

28

   DESIGNATION OF COUNSEL              1