HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Appellant
AUSTIN CAREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00252-LJO |
|---|---|
| Plaintiff-Appellee, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| vs. | |
| AUSTIN CAREY, | |
| Defendant-Appellant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the briefing schedule currently set in the appeal of Case No. 6:16-mj-88-MJS be modified as follows:

    Defendant-Appellant's Brief shall be filed by February 2, 2018.

    Plaintiff-Appellee's Brief shall be filed by February 23, 2018.

    Defendant-Appellant's Reply Brief shall be filed by March 9, 2018.

On October 31, 2017, Mr. Carey filed a notice of appeal to the Magistrate Judge's order denying Mr. Carey's motion for acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure and to the conviction and sentence imposed on October 19, 2017. *See* Dkt. #15.

On October 31, 2017, a briefing schedule was set, directing Mr. Carey to file his opening brief within 21 days after the filing of the requested transcripts, directing the government to file its response brief within 21 days thereafter, and directing Mr. Carey to file any reply brief within

1  7 days of the government's filing. *See* Dkt. #18.

2  On November 1, 2017, Mr. Carey filed a transcript request. *See* Dkt. #19. The requested
3  transcripts were filed on the docket on November 21, 2017. *See* Dkt. #20-21.

4  Both parties request this continuance to provide sufficient time for briefing of the issues
5  and this Stipulation is made with the intention of conserving time and resources for both parties
6  and the Court.

7      Respectfully submitted,

8      PHILLIP A. TALBERT
    United States Attorney

10  Dated: December 1, 2017     By: */s/ Michael Tierney*
    MICHAEL TIERNEY
11      Assistant United States Attorney
    Attorney for Plaintiff-Appellee

13      HEATHER E. WILLIAMS
    Federal Defender

15  Dated: December 1, 2017     By: */s/ Reed Grantham*
    REED GRANTHAM
16      Assistant Federal Defender
    Attorney for Defendant-Appellant
17      AUSTIN CAREY

19  **ORDER**

20  The Court hereby grants the parties' request to modify the briefing schedule in the above-
21  captioned matter as set forth in the above Stipulation.

22  **IT IS SO ORDERED.**

24  DATED: December _____, 2017

25  _____
26  LAWRENCE J. O'NEILL, Chief Judge
    United States District Court