# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NOTICE OF APPEAL** |
| Plaintiff, ) | |
| ) | No.     1:17-cr-00252-LJO |
| vs. ) | |
| ) | |
| AUSTIN CAREY, ) | |
| Defendant. ) | |

　　　　Notice is hereby given that AUSTIN CAREY appeals to the United States Court of Appeals for the Ninth Circuit from the:

- (　) Conviction only
- (X) Conviction and Sentence
- (　) Sentence only
- (X) Order (specify): September 26, 2017 Order and Judgment Denying Rule 29 Motion (Dkt. No. 9); May 9, 2018 Order Denying Appeal of Conviction by Magistrate Judge (Dkt. No. 28)

Bail Status:  Out of custody.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Reed Grantham*
　　　　　　　　　　　　　　　　　　　　　　　　　　REED GRANTHAM
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
Dated: May 22, 2018　　　　　　ADDRESS:　Office of the Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　　　2300 Tulare Street, Suite 330
　　　　　　　　　　　　　　　　　　　　　　　　　　Fresno, California 93721

　　　　　　　　　　　　　　　　　　PHONE NUMBER:　(559) 487-5561
----------------------------------------------------

Name of Court Reporter:  ECRO
Transcript - Required:　　　(X) YES　　　(　) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)