UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

<u>**USA,**</u>
      Plaintiff

  v.                                      **CASE NO. 1:17−CR−00252−LJO**

<u>**AUSTIN LEE CAREY ,**</u>
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **May 22, 2018** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 22, 2018

                        **MARIANNE MATHERLY**
                        **CLERK OF COURT**

               **by:** /s/ A. Jessen
                      Deputy Clerk