UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:17−CR−00252−LJO** |
| USDC Judge: | **CHIEF JUDGE LAWRENCE J. O'NEILL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **USA vs. AUSTIN LEE CAREY** |
| Type: | **CRIMINAL** |
| Complaint Filed: | **10/31/2017** |
| Appealed Order/Judgment Filed: | **5/9/2018** |
| Court Reporter Information: | **ECRO** |

FEE INFORMATION

**Fee Status: CJA or IFP granted on 12/6/2016**

Information prepared by: /s/  **A. Jessen , Deputy Clerk**