UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 01 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>AUSTIN LEE CAREY,<br><br>　　　　Defendant - Appellant. | No. 18-10188<br><br>D.C. No. 1:17-cr-00252-LJO-1<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered July 10, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Nixon Antonio Callejas Morales
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7